■ In the Matter of MICHAEL BOSCO et al., Appellants, against NEW YORK STATE LIQUOR AUTHORITY et al., Respondents.— In a proceeding to review a determination of the New York State Liquor Authority granting an application for permission to remove a retail liquor package store from one location to another, the appeal is from an order denying the application and dismissing the petition. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ. [20 Misc 2d 115.]

■ In the Matter of HASKELL-GILROY, INC., Appellant, against JAMES W. YOUNG et al., Constituting the Board of Education of Union Free School District No. 5, Towns of Islip-Brookhaven, Suffolk County, et al., Respondents.— Appeal from an order dismissing the petition in a proceeding to annul a resolution adopted by the respondent Board of Education awarding a contract for a public improvement to respondent Howell and to award said contract to appellant, and for other relief. Appellant, the lowest bidder, contends that the award of the contract was made to respondent Howell, the second lowest bidder, in violation of subdivision 1 of section 103 of the General Municipal Law. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ. [20 Misc 2d 294.]

7 ANN KANTOR, Respondent, v. HEMISPHERE COMMERCE ASSOCIATES, INC., et al., Defendants, and SOUTHFIELD ACRES, INC., et al., Appellants.— In an action to foreclose a mortgage on real property, the appeal is from an order denying appellants' motion to dismiss the third amended complaint on the ground that it fails to state facts sufficient to constitute a cause of action (Rules Civ. Prac., rule 106, subd. 4). Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ LOVELL PAULEY et al., Respondents, v. F & J TRUCKING Co., INC., et al., Appellants.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, the appeal is from an order which granted respondents' motion for summary judgment striking out appellants' answer and directed an assessment of damages. Order reversed, with $10 costs and disbursements, and motion denied. The record presents issues of fact which should be resolved after trial. Beldock, Acting, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.